**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 10-00178-CJC(ANx)                                          Date:  March 4, 2010

Title: <u>AURORA LOAN SERVICES, LLC V. RUBEN SALAZAR ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                                         <u>     N/A     </u>
Deputy Clerk                                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT**

Plaintiff Aurora Loan Services, LLC ("Aurora"), filed this case in Orange County Superior Court for unlawful detainer against Defendants Ruben and Esperanza Salazar on September 14, 2009.  (Notice of Removal, Ex. 1.)  Defendants removed the case to this Court on February 12, 2010, alleging federal question and diversity jurisdiction.

A district court must remand a case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction.  28 U.S.C. §1447(c).  A federal court has subject matter jurisdiction over a case that either raises a question under federal law or is between diverse parties and involves an amount in controversy of over $75,000.  28 U.S.C. §§ 1331, 1332.

In their notice of removal, Defendants argue that this case arises under federal law and that there is complete diversity of the parties in a dispute of over $75,000.  Their assertions are completely conclusory.  First, the Court does not have federal question jurisdiction because this appears to be a straightforward action for unlawful detainer, a state-law claim.  Second, Aurora seeks $10,000 in its action for unlawful detainer, far less than $75,000.  (Notice of Removal, Ex. 1.)

Therefore, the Court, on its own motion, hereby orders Defendants to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-00178-CJC(ANx)                              Date:  March 4, 2010
                                                                                      Page 2

---

Defendants shall file a response to the Court's order to show cause by March 22, 2010. Aurora will then have until April 12, 2010, to file and serve its position. Upon the filing of Aurora's position, the matter will stand submitted.


jhp

MINUTES FORM 11
CIVIL-GEN                                                                   Initials of Deputy Clerk MU