UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 10-00178-CJC(ANx)            Date: April 30, 2010

Title: <u>AURORA LOAN SERVICES, LLC V. RUBEN SALAZAR ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT**

       Plaintiff Aurora Loan Services, LLC ("Aurora"), filed this case in Orange County Superior Court for unlawful detainer against Defendants Ruben and Esperanza Salazar on September 14, 2009. (Notice of Removal, Ex. 1.) Defendants removed the case to this Court on February 12, 2010, alleging federal question and diversity jurisdiction. The Court ordered the Salazars to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction on March 3, 2010.

       A district court must remand a case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction. 28 U.S.C. §1447(c). A federal court has subject matter jurisdiction over a case that either raises a question under federal law or is between diverse parties and involves an amount in controversy of over $75,000. 28 U.S.C. §§ 1331, 1332.

       First, the Court does not have federal question jurisdiction because this is a straightforward action for unlawful detainer, a state-law claim. Second, there is no diversity jurisdiction in this case. Aurora seeks no more than $10,000 in its action for unlawful detainer, far less than $75,000. (Notice of Removal, Ex. 1.) The Court therefore remands this action to state court for lack of subject matter jurisdiction.

jhp

MINUTES FORM 11
CIVIL-GEN                                                                     Initials of Deputy Clerk MU